## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2332 Disciplinary Docket No. 3
:
                Petitioner : No. 181 DB 2016
:
     v. : Attorney Registration No. 23348
:
ANTHONY B. REARDEN, III, : (Berks County)
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline is granted, and Anthony B. Rearden, III, is suspended for a period of three years. He shall comply with all the provisions of Pa.R.D.E. 217.